UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark Date:6/29/06

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other: Docket #: Cr. 04-786-01

TITLE OF CASE:

United States
v.
Andrew Mantovani

APPEARANCES:
AUSA Kevin O’Dowd
Pasquale F. Gianetta, Esq., for deft.

NATURE OF PROCEEDINGS: SENTENCING

Imprisonment: 32 months on each of Counts One and Two to be served concurrently with each other
Supervised Release: 3 years on each of Counts One and Two to be served concurrently with each other
Special Conditions:
1. Provide full financial disclosure
2. Prohibited from incurring any new credit charges
3. Provide DNA
4. Submit to inspection of computer equipment
Fine: $2,500 on Count One; $2,500 on Count Two (Total Fine: $5,000)
Special Assessment: $200
Hrg on gov’ts application to dismiss Count 22. Ordered gov’ts application granted.
Deft shall voluntarily surrender on 8/14/06 at the designated facility.

Time Commenced: 2:40 pm
Time Concluded: 3:30 p.m.

Gail A. Hansen, Deputy

Case 2:04-cr-00786-WJM   Document 125   Filed 06/29/06   Page 2 of 2